**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SHANE VENABLE** | **CASE NO. 6:25-CV-02100** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAG. JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, together with the written objections thereto filed with this Court [Doc. No. 15], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 23rd day of September, 2026.

Terry A. Doughty
United States District Judge